Robert J. Saria
SBN: 128749
SARIA & SARIA
11344 Coloma Road, Suite 110
Gold River, CA  95670
Telephone: (916) 631-3553
Facsimile: (916) 631-3563

Attorney for Defendant Justin Graham

UNITED STATES DISTICT COUT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JUSTIN GRAHAM,<br><br>    Defendant | Case No.: 2:11-cr-00045-GEB<br><br>STIPULATION AND [PROPOSED] ORDER |

  Plaintiff, by its counsel, Assistant United States Attorney Matthew G. Morris and the defendant Justin Graham, by his counsel, Robert J. Saria, hereby stipulate and agree that the current status conference should be vacated and that the status conference be rescheduled for April 8, 2011 at 9:00 am.

  The parties further agree that time should be excluded through April 8, 2011 pursuant to Local Rule of Court T-4 in order to allow the defendant time to prepare for trial and to conduct discussions with the government regarding possible resolution.

              Respectfully submitted,
              BENJAMIN B. WAGNER
              United States Attorney

DATED:  March 16, 2011        /s/  Robert J. Saria
                              Telephonically authorized to sign for
                              Matthew G. Morris
                              Assistant U.S. Attorney

                              Counsel for Plaintiff

DATED:  March 16, 2011        /s/  Robert J. Saria
                              ROBERT J. SARIA

                              Counsel for Justin Graham

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

**Date:  3/21/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge