Robert J. Saria
SBN: 128749
SARIA & SARIA
11344 Coloma Road, Suite 110
Gold River, CA  95670
Telephone: (916) 631-3553
Facsimile: (916) 631-3563

Attorney for Defendant Justin Graham

UNITED STATES DISTICT COUT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00045-GEB |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JUSTIN GRAHAM, | |
| Defendant | |

     Plaintiff, by its counsel, Assistant United States Attorney Matthew G. Morris and the defendant Justin Graham, by his counsel, Robert J. Saria, hereby stipulate and agree that the current status conference should be vacated and that the status conference be rescheduled for August 5, 2011 at 9:00 am.  The additional time is needed to consider the government's offer in this case.

     The parties further agree that time should be excluded through August 5, 2011 pursuant to Local Rule of Court T-4 in order to allow the defendant time to prepare

//

//

//

Graham Stipulation and Proposed Order - 1

for trial and to conduct discussions with the government regarding possible resolution.

                                  Respectfully submitted,
                                  BENJAMIN B. WAGNER
                                  United States Attorney

DATED:  June 29, 2011         /s/  Robert J. Saria
                                  Telephonically authorized to sign for
                                  Matthew G. Morris
                                   Assistant U.S. Attorney

                                  Counsel for Plaintiff

DATED:  June 29, 2011         /s/  Robert J. Saria
                                  ROBERT J. SARIA

                                  Counsel for Justin Graham


## **O R D E R**

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

**Date: 7/5/2011**

                                  GARLAND E. BURRELL, JR.
                                  United States District Judge