Robert J. Saria
SBN: 128749
SARIA & SARIA
11344 Coloma Road, Suite 110
Gold River, CA  95670
Telephone: (916) 631-3553
Facsimile: (916) 631-3563

Attorney for Defendant Justin Graham

UNITED STATES DISTICT COUT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JUSTIN GRAHAM,<br><br>　　　　　Defendant | Case No.: 2:11-cr-00045-GEB<br><br>STIPULATION AND [PROPOSED] ORDER |

　　　　Plaintiff, by its counsel, Assistant United States Attorney Matthew G. Morris and the defendant Justin Graham, by his counsel, Robert J. Saria, hereby stipulate and agree that the current status conference should be vacated and that the status conference be rescheduled for October 21, 2011 at 9:00 am.

　　　　The parties further agree that time should be excluded through October 21, 2011 pursuant to Local Rule of Court T-4 in order to allow the defendant time to prepare

//

//

//

//

for trial and to continue discussions with the government regarding possible resolution.

                                          Respectfully submitted,
                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED:  September 15, 2011        /s/  Robert J. Saria
                                          Telephonically authorized to sign for
                                          Matthew G. Morris
                                           Assistant U.S. Attorney

                                          Counsel for Plaintiff

DATED:  September 15, 2011        /s/  Robert J. Saria
                                            ROBERT J. SARIA

                                          Counsel for Justin Graham

## **O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: September 23, 2011

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge