Robert J. Saria
SBN: 128749
SARIA & SARIA
11344 Coloma Road, Suite 110
Gold River, CA  95670
Telephone: (916) 631-3553
Facsimile: (916) 631-3563

Attorney for Defendant Justin Graham

UNITED STATES DISTICT COUT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUSTIN GRAHAM,<br><br>　　　　Defendant | Case No.: 2:11-cr-00045-GEB<br><br>STIPULATION AND [PROPOSED] ORDER |

　　　Plaintiff, by its counsel, Assistant United States Attorney Matthew G. Morris and the defendant Justin Graham, by his counsel, Robert J. Saria, hereby stipulate and agree that the current status conference should be vacated and that the status conference be rescheduled for January 6, 2012 at 9:00 am.

　　　The parties further agree that time should be excluded through January 6, 2012 pursuant to Local Rule of Court T-4 in order to allow the defendant time to prepare

//

//

//

//

for trial and to finalize plea negations additionally counsel for defendant Graham is presently engaged in a jury trial anticipated to conclude the second week of December 2011.

                                          Respectfully submitted,
                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED:  October 19, 2011          /s/  Robert J. Saria
                                          Telephonically authorized to sign for
                                            Matthew G. Morris
                                             Assistant U.S. Attorney

                                          Counsel for Plaintiff

DATED:  October 19, 2011          /s/  Robert J. Saria
                                          ROBERT J. SARIA

                                          Counsel for Justin Graham

## **O R D E R**

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

**Date:  10/20/2011**

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge