Robert J. Saria
SBN: 128749
SARIA & SARIA
11344 Coloma Road, Suite 110
Gold River, CA  95670
Telephone: (916) 631-3553
Facsimile: (916) 631-3563

Attorney for Defendant Justin Graham

UNITED STATES DISTICT COUT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:11-cr-00045-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| vs. | ) |
| JUSTIN GRAHAM, | ) |
| Defendant | ) |

    Plaintiff, by its counsel, Assistant United States Attorney Matthew G. Morris and the defendant Justin Graham, by his counsel, Robert J. Saria, hereby stipulate and agree that the current status conference should be vacated and that the status conference be rescheduled for February 3, 2012 at 9:00 am.

    The parties further agree that time should be excluded through February 3, 2012 pursuant to Local Rule of Court T-4 in order to allow the defendant time to prepare

//

//

//

//

for trial and to finalize plea negations.

                                            Respectfully submitted,
                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED:  January 5, 2012          /s/  Robert J. Saria
                                            Telephonically authorized to sign for
                                            Matthew G. Morris
                                             Assistant U.S. Attorney

                                            Counsel for Plaintiff

DATED:  January 5, 2012          /s/  Robert J. Saria
                                            ROBERT J. SARIA

                                            Counsel for Justin Graham

## **O R D E R**

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

**Date: 1/5/2012**

                                            GARLAND E. BURRELL, JR.
                                            United States District Judge